# EXHIBIT 3

| Claimant | BL Number | Container Number | Cargo Value | Cargo | Notification | Docs | Notes | Position |
|---|---|---|---|---|---|---|---|---|
| C.H. Robinson | HLCUSZX2010CABU6 | HLBU2611488 | unknown | Brackets | √ | | should be UD | B49 R17 T10 |
| ISA Surveys | | FDCU0074451 | unknown | | √ | | Disch | |
| WK Webster | | WGRU4166140 | unknown | | √ | | unsure status | B02 R16 T82 |
| Pegasus | HLCUEUR2009AOZD0 | XINU8228641 | unknown | Cocopeat | √ | | should be UD | B54 R09 T06 |
| Pegasus | HLCUEUR2009ENVQ0 | CXDU1133837 | unknown | Cocopeat | √ | | should be UD | B54 R10 T06 |
| C.H. Robinsons | HLCUSZX2010CABW9 | HLBU1333910 | unknown | Brackets | √ | | unsure status | B50 R19 T84 |
| W.K. Webster | | AMFU8905637 | | | √ | | | OD |
| W.K. Webster | | CAIU4244497 | | | √ | | | OD |
| W.K. Webster | | CAIU8443183 | | | √ | | | OD |
| W.K. Webster | | BEAU4162060 | | | √ | | | OD |
| W.K. Webster | | FCIU8737099 | | | √ | | | OD |
| W.K. Webster | | GVCU5265864 | | | √ | | | OD |
| W.K. Webster | | HAMU1319580 | | | √ | | | OD |
| W.K. Webster | | HLBU1333910 | | | √ | | | OD |
| W.K. Webster | | HLBU1844206 | | | √ | | | OD |
| W.K. Webster | | HLBU1884750 | | | √ | | | OD |
| W.K. Webster | | HLBU2050983 | | | √ | | | OD |
| W.K. Webster | | HLBU2560760 | | | √ | | | OD |
| W.K. Webster | | HLBU2764764 | | | √ | | | OD |
| W.K. Webster | | HLBU3340570 | | | √ | | | OD |
| W.K. Webster | | HLXU8234666 | | | √ | | | OD |
| W.K. Webster | | CAIU8228961 | | | √ | | | OD |
| W.K. Webster | | FDCU0074451 | | | √ | | | OD |
| W.K. Webster | | FSCU7226196 | | | √ | | | OD |
| W.K. Webster | | CAIU9129644 | | | √ | | | OD |
| W.K. Webster | | CAIU8658129 | | | √ | | | OD |
| W.K. Webster | | GESU6395387 | | | √ | | | OD |
| W.K. Webster | | HLBU2126409 | | | √ | | | OD |
| W.K. Webster | | HLBU2419032 | | | √ | | | OD |
| W.K. Webster | | HLXU8547038 | | | √ | | | OD |
| W.K. Webster | | HLBU2519129 | | | √ | | | OD |
| W.K. Webster | | HLBU2678291 | | | √ | | | OD |
| W.K. Webster | | HLBU2572118 | | | √ | | | OD |
| W.K. Webster | | HLBU2194023 | | | √ | | | OD |
| W.K. Webster | | FDCU0336567 | | | √ | | | OD |
| W.K. Webster | | HLBU1999527 | | | √ | | | OD |
| W.K. Webster | | LASU9490147 | | | √ | | | OD |
| W.K. Webster | | PCIU9469806 | | | √ | | | OD |
| Shipco | | TCKU6024504 | $23,325.93 | | | √ | | OD |
| W.K. Webster | | TCLU1450443 | | | √ | | | OD |
| W.K. Webster | | SEGU5764654 | | | √ | | | OD |
| W.K. Webster | | TCLU8277772 | | | √ | | | OD |
| W.K. Webster | | BEAU4986932 | | | √ | | | OD |
| W.K. Webster | | BEAU4986974 | | | √ | | | OD |
| W.K. Webster | | BMOU5494037 | | | √ | | | OD |
| W.K. Webster | | BEAU5328392 | | | √ | | | OD |
| W.K. Webster | | UACU5637112 | | | √ | | | OD |
| W.K. Webster | | UETU5284895 | | | √ | | | OD |
| DSV | HLCUHKG201102790 | HLXU8517250 | TBA | | √ | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | $23,325.93 | | | | | |
| | | | | | | | | |