# EXHIBIT 4

| No | Container No | Booking No. | Commodity | Container |
|---|---|---|---|---|
| 1 | HLXU8385702 | HLCUSGN2010AZHJ7 | WOODEN FURNITURE | 40ft High Cube |
| 2 | BEAU4941579 | HLCUBKK201072306 | BARE TOASTED COCONUT | 40ft High Cube |
| 3 | HLXU8598082 | HLCUSZX2010BJMH0 | FURNITURE | 40ft High Cube |
| 4 | TCNU7109827 | HLCUBKK201063083 | FRAME ASSY RSB EU NCAP RH | 40ft High Cube |
| 5 | SEGU6900523 | HLCUBKK201037666 | BARE SIMPLY BANANA CHIPS | 40ft High Cube |
| 6 | TGHU9592490 | HLCUSGN2010AZHJ7 | WOODEN FURNITURE | 40ft High Cube |
| 7 | TCKU4523778 | HLCUSZX2010DBDT8 | ACCESSORY 72EE | 40ft General Purpose |
| 8 | HLXU8589861 | HLCUSZX2011CAFD0 | CHILDREN'S EDUCATIONAL PRODUCTS | 40ft High Cube |
| 9 | TCLU5450061 | HLCUSZX2010BXDX5 | GAS RANGE/WINE COOLER/SPARE | 40ft High Cube |
| 10 | SEGU6579516 | HLCUSZX2010BZVY0 | POWERED MONITOR SPEAKER | 40ft High Cube |
| 11 | UACU5426167 | HLCUSZX2010CQAP0 | AIR FRESHENER | 40ft High Cube |
| 12 | TCNU8028798 | HLCUSZX201071031 | PRINTERS | 40ft High Cube |
| 13 | HLBU3229910 | HLCUSZX201070609 | PRINTERS | 40ft High Cube |
| 14 | UACU5964769 | HLCUSZX2010BJAS4 | E-GOODS FOR | 40ft High Cube |
| 15 | FFAU1793278 | HLCUSGN2008ATCU8 | SOLAR MODULE | 40ft High Cube |
| 16 | HLBU8042136 | HLCUSGN201165745 | FOOTWEAR | 45ft High Cube |
| 17 | HLBU2053025 | HLCUSGN2010AWYA3 | 274 FIBREBOARD BOX | 40ft High Cube |
| 18 | HLXU9015512 | HLCUSGN201165756 | FOOTWEAR | 45ft High Cube |
| 19 | HLXU9000240 | HLCUSGN201165767 | FOOTWEAR | 45ft High Cube |
| 20 | HLBU8041490 | HLCUSGN201113503 | FOOTWEAR | 45ft High Cube |
| 21 | DFSU6222396 | HLCUSGN201157404 | FOOTWEAR | 40ft High Cube |
| 22 | HLBU8037530 | HLCUSGN201180108 | FOOTWEAR | 45ft High Cube |
| 23 | HLBU1593121 | HLCUSGN2010BJKG4 | APPAREL | 45ft High Cube |
| 24 | TGBU6075677 | HLCUBKK201049920 | STAINLESS STEEL COOKWARE | 40ft High Cube |
| 25 | TCKU6057262 | HLCUHKG2010AUVZ1 | GRILL CLEANING KIT | 40ft High Cube |
| 26 | TCLU5990033 | HLCUSZX2011AXCJ0 | BABY TOYS | 40ft High Cube |
| 27 | TRLU7419697 | HLCUSZX2010BJJI9 | FURNITURE AND PARTS A/C | 40ft High Cube |
| 28 | UACU5728763 | HLCUSZX2010CGFP2 | HOUSEHOLD GOODS | 40ft High Cube |
| 29 | UACU5123200 | HLCUSZX2010BWZM2 | HOUSEWARE | 40ft High Cube |
| 30 | TGBU5867514 | HLCUSZX2010BTJB2 | HOUSEHOLD GOODS | 40ft High Cube |
| 31 | HLXU6571164 | HLCUSZX2010BJJH8 | BATHROOM ACCESSORIES | 40ft High Cube |
| 32 | HLBU2780003 | HLCUSZX2010BTIE0 | HOUSEHOLD GOODS | 40ft High Cube |
| 33 | HLBU3217376 | HLCUSGN2011AWIC6 | ENGINEERED FLOORING | 40ft High Cube |
| 34 | TGHU6229310 | HLCUSZX2010BXNX5 | CABLE | 40ft High Cube |
| 35 | TCKU6589666 | HLCUSZX2011ATKH9 | COMPUTER CHAIR | 40ft High Cube |
| 36 | HLBU3340570 | HLCUSZX2010BEJR4 | ORB102 RED DISC TOP CAP - | 40ft High Cube |
| 37 | UACU5973760 | HLCUSZX2008BNIO0 | KITCHENWARE | 40ft High Cube |
| 38 | CAIU9586580 | HLCUSZX2010COKG5 | INFANT SEAT-MAMAROO | 40ft High Cube |
| 39 | CAIU8251935 | HLCUSZX2010BYZZ0 | SPEAKER BOX WITH FM RADIO | 40ft High Cube |
| 40 | UACU5095644 | HLCUHKG2010AVJO0 | MINI RICE COOKER WITH WARMER | 40ft High Cube |
| 41 | TCNU6935953 | HLCUSZX2010AYPP8 | SET TOP BOX | 40ft High Cube |
| 42 | HLBU2516881 | HLCUSZX2010BTIE0 | HOUSEHOLD GOODS | 40ft High Cube |
| 43 | HLXU6539394 | HLCUSZX2010BXDS0 | BODY KIT | 40ft High Cube |
| 44 | TCKU6554470 | HLCUSZX2008BWJH5 | SHT PROTCTR SHW | 40ft High Cube |
| 45 | CAIU4067914 | HLCUSZX2010CQNJ5 | BACKPACK | 40ft General Purpose |
| 46 | FCIU8630855 | HLCUSZX2010BTJN4 | HOUSEHOLD GOODS | 40ft High Cube |
| 47 | TEMU7500596 | HLCUBKK201052102 | TIRES | 40ft High Cube |
| 48 | TCNU8172716 | HLCUBKK201052102 | TIRES | 40ft High Cube |
| 49 | TCKU6042914 | HLCUSZX2010CFRN9 | FURNITURE | 40ft High Cube |
| 50 | UACU5366793 | HLCUZS12010AQLP7 | TRANSPORT KIT | 40ft High Cube |
| 51 | TGHU8365189 | HLCUZS12010AQLP7 | TRANSPORT KIT | 40ft High Cube |
| 52 | UACU5595974 | HLCUSZX2010BJKL8 | PLASTIC & PVC GOODS | 40ft High Cube |
| 53 | DFSU6748457 | HLCUSZX2010BTJC3 | HOUSEHOLD GOODS | 40ft High Cube |
| 54 | HLBU1882572 | HLCUSGN201157404 | FOOTWEAR | 40ft High Cube |
| 55 | HLBU2764764 | HLCUSZX2010BJKL8 | PLASTIC & PVC GOODS | 40ft High Cube |
| 56 | FSCU9918995 | HLCUSZX2010BERV8 | 36 CAN LEAK PROOF HIGH | 40ft High Cube |
| 57 | HLXU8189715 | HLCUSGN201075871 | WOODEN FURNITURE | 40ft High Cube |
| 58 | FSCU7175381 | HLCUSGN201075871 | WOODEN FURNITURE | 40ft High Cube |
| 59 | UACU6058769 | HLCUSGN201075871 | WOODEN FURNITURE | 40ft High Cube |

| | | | | |
|---|---|---|---|---|
| 60 | HLBU2696870 | HLCUSGN201075871 | WOODEN FURNITURE | 40ft High Cube |
| 61 | BMOU4669763 | HLCUSZX2008BWXN9 | LED LAMP PARTS | 40ft High Cube |
| 62 | TCNU8590146 | HLCUSZX2010BJAO0 | BATHROOM ACCESSORIES A/C:BEST | 40ft High Cube |
| 63 | HLBU2560760 | HLCUSZX2010BJKL8 | PLASTIC & PVC GOODS | 40ft High Cube |
| 64 | UASU1027880 | HLCUBKK201050564 | TYRE | 40ft High Cube |
| 65 | IKSU4111191 | HLCUSZX2010CJYT9 | CURLY BOWS | 40ft General Purpose |
| 66 | HLXU8366908 | HLCUHKG2010AYPP7 | COCO LINER | 40ft High Cube |
| 67 | HLBU1333910 | HLCUSZX2010CABW9 | WASHER | 40ft High Cube |
| 68 | FSCU8941497 | HLCUCA4201178450 | BAG,MF75,16-1/2X9-1/2,P,4MIL,BIOLIT | 40ft High Cube |
| 69 | BEAU4564048 | HLCUSZX2010BMYO9 | ROBOT VACUUM CLEANER | 40ft High Cube |
| 70 | TEXU9539332 | HLCUSZX2010BERW9 | COOLER BAG | 40ft High Cube |
| 71 | TCLU1830356 | HLCUSZX2010BFRD2 | FURNITURE | 40ft High Cube |
| 72 | HLBU1951210 | HLCUSZX2009CYYR8 | HOUSEHOLD GOODS | 40ft High Cube |
| 73 | GESU5436732 | HLCUSZX2010BJKL8 | PLASTIC & PVC GOODS | 40ft High Cube |
| 74 | UACU5922125 | HLCUHKG200904324 | SPEAKERS | 40ft High Cube |
| 75 | HLXU8068987 | HLCUPN7201100052 | LADIES HANDBAGS | 40ft High Cube |
| 76 | HLXU8465618 | HLCUDA1201019920 | MOULD PADDED BRA | 40ft High Cube |
| 77 | CAIU8470358 | HLCUSZX2010CXJP6 | ACCESSORIES FOR INFANT | 40ft High Cube |
| 78 | FSCU8248008 | HLCUEUR2009AOZI5 | COCO PEAT | 40ft High Cube |
| 79 | UACU5446841 | HLCUDA1201019602 | DENIM WOVEN PANT | 40ft High Cube |
| 80 | HLXU6538546 | HLCUEUR2009AOYX5 | COCO PEAT | 40ft High Cube |
| 81 | HLXU8139041 | HLCUDA1201019490 | KNITTED MOULD PADDED BRA | 40ft High Cube |
| 82 | FSCU7184207 | HLCUDA1201019774 | SHERPA ZIP | 40ft High Cube |
| 83 | HLXU8036130 | HLCUSZX2010CLMU7 | GO WARMER | 40ft High Cube |
| 84 | BMOU5630935 | HLCUEUR2009AOYZ7 | COCO PEAT | 40ft High Cube |
| 85 | HLBU3236801 | HLCUDA1201019814 | KNITTED MOULD PADDED BRA | 40ft High Cube |
| 86 | HLXU8359370 | HLCUSZX2010BMTQ8 | KITCHEN WARE | 40ft High Cube |
| 87 | TCLU5125591 | HLCUBO1201076370 | SG IRON CASTINGS | 40ft High Cube |
| 88 | PCIU8570648 | HLCUSZX2011BEYO2 | 13060D FOLDING BOOSTER | 40ft High Cube |
| 89 | FCIU8163663 | HLCUDA1201019796 | COTTON FLEECE JOGGER | 40ft High Cube |
| 90 | BEAU4970704 | HLCUSZX2010BWSV8 | PLASTIC BOTTLE | 40ft High Cube |
| 91 | UACU5724259 | HLCUSZX2010BYZY0 | MAKEUP CASE | 40ft High Cube |
| 92 | TEMU7595457 | HLCUSZX2010CXJP6 | ACCESSORIES FOR INFANT | 40ft High Cube |
| 93 | TGHU9173940 | HLCUHKG2010AUVZ1 | RYOBI 2PC MULTI PURPOSE CL | 40ft High Cube |
| 94 | GESU5568596 | HLCUCA4201074863 | STAILESS STEEL KITCHENWARE | 40ft High Cube |
| 95 | UACU5319106 | HLCUCA4201049623 | CHANDELIER LIGHT FIXTURE | 40ft High Cube |
| 96 | HLXU8563553 | HLCUCA4201074885 | BAGS | 40ft High Cube |
| 97 | AMFU8867671 | HLCUHKG201101470 | K/D FURNITURE (DRESSER, MIRROR) | 40ft High Cube |
| 98 | GCXU5170234 | HLCUSZX2010BERV8 | 36 CAN LEAK PROOF HIGH | 40ft High Cube |
| 99 | FDCU0341970 | HLCUSZX2010BTJN4 | HOUSEHOLD GOODS | 40ft High Cube |
| 100 | HLBU2564895 | HLCUSZX2010BXEW0 | PAPER BOX | 40ft High Cube |
| 101 | HLXU8484027 | HLCUSZX2010BHVX5 | LADIES' 90%POLYAMIDE 10%ELASTANE | 40ft High Cube |
| 102 | HLBU2099793 | HLCUBKK201062990 | HP PRINTER | 40ft High Cube |
| 103 | HLBU1991383 | HLCUBKK201063028 | AIO PRN | 40ft High Cube |
| 104 | HLBU2050983 | HLCUBKK201063061 | HP PRINTER | 40ft High Cube |
| 105 | TGHU5211425 | HLCUZS12010ATQP2 | TRANSPORT KIT | 40ft General Purpose |
| 106 | HLBU2267773 | HLCUHKG2010AUYT1 | COMPUTER CONNECTOR, | 40ft High Cube |
| 107 | CAIU4244497 | HLCUHKG2010AUYR0 | BARE PRINTED CIRCUIT BOARD | 40ft High Cube |
| 108 | FSCU7185332 | HLCUHKG201101510 | KD FURNITURE (DESK, TV CONSOLE) | 40ft High Cube |
| 109 | HLBU1844206 | HLCUSZX2010BHWJ6 | AUTO PARTS | 40ft High Cube |
| 110 | UACU5432196 | HLCUHKG2010APUT0 | CABLE ASSEMBLY | 40ft High Cube |
| 111 | GLDU7416290 | HLCUSZX201070569 | PRINTERS | 40ft High Cube |
| 112 | FCIU8737099 | HLCUSZX2010BERS4 | BABY BACKPACK | 40ft High Cube |
| 113 | FSCU8946164 | HLCUSZX2010CARC1 | OFFICE TABLE | 40ft High Cube |
| 114 | GESU1205397 | HLCUHKG2010AYNS9 | 106210 3 PK CHAR WRAPS EASTER BUNNY | 20ft General Purpose |
| 115 | HLXU3492903 | HLCUSZX2011BACZ9 | METAL TRAY | 20ft General Purpose |
| 116 | HLXU6472259 | HLCUSZX2010BJJF6 | HARDWARE NAC_TRI-COASTAL(ORITRI 2) | 40ft High Cube |
| 117 | TCLU8091875 | HLCUSZX2010BWYC7 | TROLLEY DOLLY | 40ft High Cube |
| 118 | BMOU6635926 | HLCUSZX2010BJKL8 | PLASTIC & PVC GOODS | 40ft High Cube |
| 119 | UACU5259917 | HLCUSZX2010CLZN7 | 701763 DECORATIVE NIGHT LIGHT | 40ft High Cube |

| | | | | |
|---|---|---|---|---|
| 120 | UACU5936793 | HLCUSZX2010BERW9 | COOLER BAG | 40ft High Cube |
| 121 | TCLU5424524 | HLCUSZX201070916 | PRINTERS | 40ft High Cube |
| 122 | BSIU9594636 | HLCUSZX2011CAFD0 | CHILDREN'S EDUCATIONAL PRODUCTS | 40ft High Cube |
| 123 | SEGU5769450 | HLCUHKG2010AWPN0 | GOLF BAG | 40ft High Cube |
| 124 | HLBU3213719 | HLCUBKK2010ARKU6 | KNITTED SPORTS BRASSIERES | 40ft High Cube |
| 125 | TCNU7734716 | HLCUSZX2011CAFD0 | CHILDREN'S EDUCATIONAL PRODUCTS | 40ft High Cube |
| 126 | FCIU7342622 | HLCUHKG201101510 | KD FURNITURE (DESK, TV CONSOLE) | 40ft High Cube |
| 127 | AMFU8905637 | HLCUSZX2010BERV8 | 36 CAN LEAK PROOF HIGH | 40ft High Cube |
| 128 | TCNU1492493 | HLCUSZX2010BWSR3 | PLASTIC BOTTLE | 40ft High Cube |
| 129 | CAAU5327818 | HLCUSZX2010BSFY0 | LADIES'TOPS,LADIES'S | 40ft High Cube |
| 130 | UACU5482520 | HLCUSZX2010BJKL8 | PLASTIC & PVC GOODS | 40ft High Cube |
| 131 | DFSU6726340 | HLCUSZX2010CFRW8 | FREE STANDING METAL RACK | 40ft High Cube |
| 132 | UACU5331246 | HLCUSZX2010BWMP9 | PLASTIC TOY | 40ft High Cube |
| 133 | FFAU1234285 | HLCUSZX2010CARK9 | OFFICE CHAIRS | 40ft High Cube |
| 134 | HLBU2563902 | HLCUSZX2010BZUS3 | POWERED MONITOR SPEAKER | 40ft High Cube |
| 135 | TCKU6029609 | HLCUSZX2010BJKL8 | PLASTIC & PVC GOODS | 40ft High Cube |
| 136 | HLXU8472725 | HLCUHKG2010AWOP6 | 19 STEEL PALLETS | 40ft High Cube |
| 137 | UACU5433417 | HLCUSZX2010CLMC0 | OUTDOOR SOFA | 40ft High Cube |
| 138 | HLXU6329870 | HLCUSZX2010AQHU9 | POWERED MONITOR SPEAKER | 40ft High Cube |
| 139 | HLXU8413682 | HLCUSZX2010BERW9 | COOLER BAG | 40ft High Cube |
| 140 | HLBU3389478 | HLCUCA4200931831 | 40PLTS=662CTNS | 40ft High Cube |
| 141 | HLXU8037374 | HLCUSZX2010BJKL8 | PLASTIC & PVC GOODS | 40ft High Cube |
| 142 | HLBU2804635 | HLCUHKG201101510 | KD FURNITURE (DESK, TV CONSOLE) | 40ft High Cube |
| 143 | CAXU8138875 | HLCUHKG2010AUVZ1 | GRILL CLEANING KIT | 40ft High Cube |
| 144 | UACU6057356 | HLCUSZX2010CFSJ0 | BLUETOOTH SPEAKER | 40ft High Cube |
| 145 | UACU5432597 | HLCUBKK201061881 | WINDSURFING BOARD AND ACCESSORIES | 40ft High Cube |
| 146 | HLBU1866648 | HLCUSZX2010COKG5 | INFANT SEAT-MAMAROO | 40ft High Cube |
| 147 | AMFU8907413 | HLCUSZX2010CLMC0 | OUTDOOR SOFA | 40ft High Cube |
| 148 | UACU5263727 | HLCUSZX2010BFRD2 | FURNITURE | 40ft High Cube |
| 149 | UACU5435580 | HLCUCA4201049572 | CHANDELIER LIGHT FIXTURE | 40ft High Cube |
| 150 | HLXU8211784 | HLCUCA4201049594 | CHANDELIER LIGHT FIXTURE | 40ft High Cube |
| 151 | TEMU6526148 | HLCUBKK201046352 | ABS,EAC,THA | 40ft High Cube |
| 152 | HLXU8530462 | HLCUSZX2011AQFX0 | AUDIO SPEAKERS AND AUDIO SPEAKER | 40ft High Cube |
| 153 | BEAU4707977 | HLCUSZX2010CFOD2 | EVERYDAY 14 CASE STACKER | 40ft High Cube |
| 154 | UACU8378885 | HLCUBKK201061670 | BICYCLE TYRESAND LATEX TUBES | 40ft General Purpose |
| 155 | TCLU8364666 | HLCUHKG201101510 | KD FURNITURE (DESK, TV CONSOLE) | 40ft High Cube |
| 156 | TCLU9704842 | HLCUHKG201101510 | KD FURNITURE (DESK, TV CONSOLE) | 40ft High Cube |
| 157 | TEMU7373779 | HLCUCA4201056358 | E-GOODS,NAC:BEST CHOICE (ORIBES 3) | 40ft High Cube |