# EXHIBIT 5

| No | Container No | Booking No. | Commodity | Container |
|---|---|---|---|---|
| 1 | HLBU1157540 | HLCUSGN2010AZHJ7 | WOODEN FURNITURE | 40ft High Cube |
| 2 | UACU6062460 | HLCUHKG2010AVIM2 | NON WOVEN FABRIC BAGS | 40ft High Cube |
| 3 | FCIU6592144 | HLCUEUR200918070 | FOOD STUFFS | 20ft General Purpose |
| 4 | TCNU3707158 | HLCUSZX2010CHMO8 | POWER BANK | 40ft High Cube |
| 5 | HLBU3291500 | HLCUCA4201056750 | FURNITURE AND PARTS | 40ft High Cube |
| 6 | FSCU7295068 | HLCUSZX2010CHOD8 | POWER BANK | 40ft High Cube |
| 7 | HLXU8550725 | HLCUSZX2010BXGF3 | HOME AUDIO | 40ft High Cube |
| 8 | FSCU9596332 | HLCUSZX2010CHOG0 | POWER BANK | 40ft High Cube |
| 9 | BMOU5494037 | HLCUSZX2008BPZL6 | KITCHENWARE | 40ft High Cube |
| 10 | TCNU1947988 | HLCUSZX2011ATKK1 | PLASCTI DVD CASE | 40ft High Cube |
| 11 | TCLU5640713 | HLCUBKK201052526 | TYRE | 40ft High Cube |
| 12 | UETU5435728 | HLCUHKG2010AWOT0 | RESISTANCE BANDS SETS | 40ft High Cube |
| 13 | CAIU8658129 | HLCUSZX2008BPZL6 | KITCHENWARE | 40ft High Cube |
| 14 | TCLU5507341 | HLCUBKK201052526 | TYRE | 40ft High Cube |
| 15 | PCIU9460650 | HLCUSZX2010BXFZ8 | CAR SPEAKER:85182900 | 40ft High Cube |
| 16 | HLBU2194023 | HLCUSGN2008ATCU8 | SOLAR MODULE | 40ft High Cube |
| 17 | LASU9490147 | HLCUBKK201020989 | EMPTY UNCLEAN ISO TANK | 20ft Tank |
| 18 | TEMU7081669 | HLCUSGN2010AWYA3 | 274 FIBREBOARD BOX | 40ft High Cube |
| 19 | TEMU6856767 | HLCUSGN2010BBTQ7 | FURNITURE | 40ft High Cube |
| 20 | TCLU2647252 | HLCUBKK200991483 | PET FOOD | 20ft General Purpose |
| 21 | HLXU6588980 | HLCUHKG2009BCLL3 | ELECTRONIC GAMES ACCESSORIES | 40ft High Cube |
| 22 | TLLU5316852 | HLCUSZX2010CFTL8 | WOODEN BED ROOM FURNITURE | 40ft High Cube |
| 23 | BSIU9648692 | HLCUSZX2010BSFZ1 | DECORATIVE LIGHT | 40ft High Cube |
| 24 | TCKU6024504 | HLCUSZX2010BEJY1 | POUCH | 40ft High Cube |
| 25 | HLXU6516233 | HLCUSGN2010AYSL2 | VACUUM CLEANER | 40ft High Cube |
| 26 | BEAU4166194 | HLCUSGN2010AYSL2 | VACUUM CLEANER | 40ft High Cube |
| 27 | TCLU9898645 | HLCUDA2201053258 | RADIAL TRUCK TIRES | 40ft High Cube |
| 28 | HLBU1999527 | HLCUBKK201063040 | HP PRINTER | 40ft High Cube |
| 29 | CAIU8228961 | HLCUSZX2010BJKV8 | SPORTING GOODS | 40ft High Cube |
| 30 | HLBU2048646 | HLCUHKG2009BCLI0 | RATED COMMODITY: | 40ft High Cube |
| 31 | TCNU3253040 | HLCUHKG2010BDSY2 | SWITCHING POWER SUPPLIES | 40ft High Cube |
| 32 | FSCU7226196 | HLCUSZX2010BJJX4 | SPORTING GOODS | 40ft High Cube |
| 33 | TCNU1874710 | HLCUHKG2010AWDE0 | 789 PKGS OF ASSORTED SAUCE | 40ft High Cube |
| 34 | HLBU2126409 | HLCUSZX2010BJJX4 | SPORTING GOODS | 40ft High Cube |
| 35 | TCLU1450443 | HLCUCA4201074662 | CENTRIFUGE TUBE | 40ft High Cube |
| 36 | HLBU2572118 | HLCUHKG2010AUYO7 | BELT- | 40ft High Cube |
| 37 | FDCU0336567 | HLCUSGN2008ATCU8 | SOLAR MODULE | 40ft High Cube |
| 38 | TCLU8277772 | HLCUSGN2008ATCU8 | SOLAR MODULE | 40ft High Cube |
| 39 | SEGU4830710 | HLCUEUR2009AOZL9 | COIRGRO COCO OPEN TOP | 40ft High Cube |
| 40 | UACU5619398 | HLCUEUR201031110 | 2 CAST IRON HUNBLESS PIPE (10) | 40ft High Cube |
| 41 | CAIU4690396 | HLCUEUR201031110 | 2 CAST IRON HUNBLESS PIPE (10) | 40ft High Cube |
| 42 | TCLU5787860 | HLCUBKK200968852 | WOODEN KITCHENWARE | 40ft High Cube |
| 43 | HLBU2860310 | HLCUSZX2010CGFN0 | HOUSEHOLD GOODS | 40ft High Cube |
| 44 | HLBU2519129 | HLCUSZX2010BJKL8 | PLASTIC & PVC GOODS | 40ft High Cube |
| 45 | HLBU2678291 | HLCUSZX2010BZUS3 | POWERED MONITOR SPEAKER | 40ft High Cube |
| 46 | CAIU7942716 | HLCUSZX2009CYYR8 | HOUSEHOLD GOODS | 40ft High Cube |
| 47 | BEAU5328392 | HLCUBKK201063072 | AIO PRINTER | 40ft High Cube |
| 48 | TGBU5851668 | HLCUBKK201052135 | TYRE | 40ft High Cube |
| 49 | UETU5284895 | HLCUSGN201107625 | PLASTIC STRAWS | 40ft High Cube |
| 50 | TCNU8169991 | HLCUSZX2011BFRW0 | STAGE LIGHT AND ACCESSORIES | 40ft High Cube |
| 51 | DFSU7417005 | HLCUSGN2010AZHN1 | WOODEN FURNITURE | 40ft High Cube |
| 52 | HLBU1629121 | HLCUSGN2010AZHO2 | WOODEN CHAIR, WOODEN TABLE, | 40ft High Cube |
| 53 | HLBU2419032 | HLCUSZX201052115 | PRINTER | 40ft High Cube |
| 54 | SEGU5764654 | HLCUZS12010ARNE0 | LASER PRINTER (CONTAIN | 40ft High Cube |
| 55 | TCNU8352997 | HLCUHKG2010AXDQ4 | THERMOSTATS AND PARTS, NOS | 40ft High Cube |
| 56 | BEAU4986974 | HLCUHKG2011ARKM8 | 234,620PCS OF RELAY | 40ft High Cube |
| 57 | BEAU4173505 | HLCUHKG2009BCLL3 | ELECTRONIC GAMES ACCESSORIES | 40ft High Cube |
| 58 | HLXU8517250 | HLCUHKG201102790 | MULTIAYER CHIP CAPACITOR | 40ft High Cube |

| | | | | |
|---|---|---|---|---|
| 59 | GESU6305758 | HLCUHKG2009BCLL3 | ELECTRONIC GAMES ACCESSORIES | 40ft High Cube |
| 60 | UACU6014544 | HLCUZS12009AVDT2 | ALEX-S HB CHAIR | 40ft High Cube |
| 61 | HLXU8041306 | HLCUSZX2010BXGB0 | CINCHING UNIT MOTOR WITH WORM | 40ft High Cube |
| 62 | UACU5575108 | HLCUSZX2010CFTD0 | BED | 40ft High Cube |
| 63 | FDCU0074451 | HLCUSZX2010BERW9 | COOLER BAG | 40ft High Cube |
| 64 | TGHU8330480 | HLCUCA4201056800 | HOUSEHOLD GOODS | 40ft High Cube |
| 65 | CAIU9129644 | HLCUSZX2008BPZL6 | KITCHENWARE | 40ft High Cube |
| 66 | FSCU7223242 | HLCUSZX2010CFIB2 | PET GROOMING ACCESSORIES | 40ft High Cube |
| 67 | HLBU1473506 | HLCUSGN2010BCLH7 | SHW OVER THE DOOR SHOES ORGANIZE | 40ft High Cube |
| 68 | SLSU8026785 | HLCUCA4201115600 | PLASTIC GOODS | 40ft High Cube |
| 69 | BEAU2163982 | HLCUHKG2011APZE7 | SERVER PARTS AND ROUTER PARTS | 20ft General Purpose |
| 70 | TCLU5467803 | HLCUSZX2010BXGK8 | HC TOWEL DISPENSER | 40ft High Cube |
| 71 | HLBU3222270 | HLCUSZX2010BWPT9 | 100%POLYESTER THROW PILLOW | 40ft High Cube |
| 72 | HLXU8547038 | HLCUSZX2010CCPP1 | SHELF FLOOR LAMP | 40ft High Cube |
| 73 | HLBU1856254 | HLCUSZX2010BXPK2 | LADIES'JEANS | 40ft High Cube |
| 74 | BEAU4986932 | HLCUSZX201070950 | PRINTERS | 40ft High Cube |
| 75 | BEAU4162060 | HLCUSZX2010BJKL8 | PLASTIC & PVC GOODS | 40ft High Cube |
| 76 | HLBU2326963 | HLCUSZX2010BGXD3 | PO6341072 TRIPLE INFINITY, BULK S- | 20ft General Purpose |
| 77 | UACU5396308 | HLCUDA2201050820 | IKEA HOME FURNISHING PRODUCTS | 40ft High Cube |
| 78 | PCIU9469806 | HLCUSZX2010BERV8 | 36 CAN LEAK PROOF HIGH | 40ft High Cube |
| 79 | UACU5270351 | HLCUSGN2010AQJD5 | WOODEN FURNITURE | 40ft High Cube |
| 80 | UACU5637112 | HLCUSZX2010BJKL8 | PLASTIC & PVC GOODS | 40ft High Cube |
| 81 | UACU5728830 | HLCUBKK201064740 | TYRE | 40ft High Cube |
| 82 | HLBU2629384 | HLCUSZX2010BGYV7 | BUG ZAPPER | 20ft General Purpose |
| 83 | GCXU5172155 | HLCUSZX2010COKG5 | INFANT SEAT-MAMAROO | 40ft High Cube |
| 84 | BMOU5533621 | HLCUBKK201094890 | STAINLESS STEEL SINK | 40ft High Cube |
| 85 | GESU6395387 | HLCUSZX2010BMYO9 | ROBOT VACUUM CLEANER | 40ft High Cube |
| 86 | UACU5485283 | HLCUSZX2010BWPT9 | 100%COTTON PILLOWCASES | 40ft High Cube |
| 87 | HLXU8289000 | HLCUSGN2010BJEM8 | OFFICE CHAIR | 40ft High Cube |
| 88 | HLBU1290629 | HLCUSZX2010ASCQ3 | 12CT DIPPED FIT BOX | 40ft High Cube |