# EXHIBIT 6

FILED
Scott L. Poff, Clerk
United States District Court

By Ericka Sharpe at 3:47 pm, Dec 19, 2018

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN RE *EX PARTE* EMERGENCY PETITION OF HAPAG-LLOYD AKTIENGESELLSCHAFT, FOR DISCOVERY IN AID OF FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Civil Action No. 4:18-cv-304 |

**ORDER PURSUANT TO 28 U.S.C. § 1782
TO ISSUE A SUBPOENA TO THE MASTER, M/V ZIM QINGDAO
FOR THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING**

The Petition of Hapag-Lloyd Aktiengesellschaft ("Hapag" or "Petitioner") for an Order pursuant to 28 U.S.C. § 1782 to issue a subpoena to the Master of the M/V ZIM QINGDAO (IMO #9318163) (hereinafter the "Vessel"), a vessel scheduled to call at the Garden City Terminal, Tomochichi Road, Port Wentworth, Georgia 31407, on or about December 20, 2018, for the production of documents having come before the Court and the Court having considered the submission made by Petitioner, it is hereby:

ORDERED that the Petition is granted;[1] and it is further

ORDERED that Petitioner is authorized to conduct limited discovery pursuant to 28 U.S.C. § 1782 and the Federal Rules of Civil Procedure in the form of a subpoena to the Master of the Vessel for the production of the documents as set forth in Addendum A to the subpoena attached to the Petition; and

---

[1] While Petitioner attached a proposed subpoena to the Petition, the Court **DIRECTS** the Clerk of Court to issue a subpoena that accurately reflects the specific relief requested by the Petition and granted in this Order. Specifically, the subpoena shall reflect that the requested documents pertain to the at-issue vessel and that an inspection of the vessel is permitted.

ORDERED to permit the attendance of a marine surveyor to go onboard the vessel to inspect the area from which the containers were lost or damaged, including taking photograph or video evidence as may be necessary; and, it is further

ORDERED that the Order and Subpoena will be served on the Master of the Vessel, as soon as possible after the Vessel's arrival at the Garden City Terminal, Tomochichi Road, Port Wentworth, Georgia 31407, on or about December 20, 2018, by the U.S. Marshal; and, it is further

ORDERED that Petitioner's counsel provide notice of the subpoena and an electronic copy of the subpoena to Zim Integrated Shipping before 5:00 p.m Eastern Standard Time on December 19, 2018;

ORDERED that Petitioner's counsel and/or a surveyor appointed by Petitioner may accompany the U.S. Marshal and may be allowed to remain on board the Vessel to expedite the compliance with this Court's Order and the subpoena; and, it is further

ORDERED that the Court will retain jurisdiction over this matter as necessary to enforce the terms of discovery authorized by this Order.

SO ORDERED this 19th day of December, 2018.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

ORDER PREPARED IN PART BY:

Todd M. Baiad, Esq.
BOUHAN FALLIGANT, LLP
Post Office Box 2139
Savannah, Georgia 31402-2139
Telephone: (912) 232-7000
Facsimile: (912) 233-0811
Email: tmbaiad@bouhan.com

2