EXHIBIT "C"

## AGREEMENT REGARDING DISCOVERY ON THE M/V ONE APUS

This Agreement Regarding Discovery on the M/V ONE APUS (the "Agreement") is made this 11th day of April, 2021, between Chidori Ship Holding LLC, Jessica Ship Holding S.A. (collectively the "Owners"), Yang Ming Marine Transport Corporation ("YM"), Hapag-Lloyd Aktiengesellschaft ("HL") and HMM Co. Ltd. ("HMM") (collectively, the "Applicants").

WHEREAS, the M/V ONE APUS (the "Vessel") is presently at anchorage in the Port of Long Beach.

WHEREAS, Applicants desire to conduct discovery on board the Vessel and have filed ex parte applications seeking discovery with the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1782, and Fed. R. Civ. P., Rule 27 in case numbers 8:21-mc-15-DOC (JDEx), 8:21-mc-16-DOC (JDEx), and 2:21-mc-474-DOC (JDEx) (collectively, the "Actions").

WHEREAS, Owners and the Applicants have reached this Agreement to allow for some discovery to proceed while the Vessel is in the Port of Long Beach.

THEREFORE, it is hereby agreed by Applicants and Owners as follows:

1. One surveyor from each of the Applicants will be permitted on board the Vessel to conduct an inspection of the on deck cargo spaces at their risk and expense, subject to the surveyors agreeing to the Vessel's protocols and executing an LOI in favor of the Vessel and her Owners.

2. The inspection shall take place on the Vessel alongside its berth in the Port of Long Beach, subject to not interfering or delaying cargo operations and abiding by all safety protocols. The Owners and Applicants agree to coordinate the inspection and use their best efforts to complete the inspection on the Vessel at Long Beach in a timely manner and in any event no longer than 14 hours. Owners' surveyors Duncan Shoemaker will coordinate the scheduling of the inspections with the Applicants' attending surveyors. If the surveyors are unable to complete the inspection while the vessel is in Long Beach, the parties agree to use best efforts to cooperate and complete the inspection while the ship is at anchor in San Francisco Bay later this month, subject always to the aforesaid 14 hour limit.

3.     During such inspection, the surveyors will be accompanied at all times by one of Owners' appointed surveyors. All attending surveyors shall comply with the Owners' appointed surveyors at all times.  There shall be no access to the crew while on board and no access to the ship's enclosed spaces, including but not limited to the wheelhouse, ship offices, accommodations and engine room.

4.     Owners agree to produce documents on Applicants' "preliminary list of documents" in advance of the inspection.  A copy of the "preliminary list of documents" is attached as Exhibit "A." To the extent any of the documents on the "preliminary list" are not readily available, Owners agree to use their best effort to provide those documents to Applicants as soon as possible to assist Applicants' surveyors in their inspection.

5.     Owners agree to provide Applicants non-privileged documents (including non-proprietary electronic data) in their custody or control listed on Applicants' Modified List of Documents, as amended in paragraph 6 below (the "Modified List"), no later than 10:00 a.m. on Wednesday, April 14.  A copy of the Modified List is attached as Exhibit "B."  To facilitate a timely production, Owners and Applicants agree to use their best efforts to narrow the scope of such requests to relevant time periods and their best efforts to resolve any objections asserted by Owners to the documents requested by Applicants.

6.     With respect to item 26 in the Modified List, Applicants agree to amend it for purposes of this Agreement to read:  The Loading Computer User Manual and non-proprietary electronic data from the Loading Computer, including but not limited to trim, stability, container stack and tier weights, and lashing forces for the incident voyage that are not already or otherwise covered by Applicants' Modified List. The Applicants reserve the right to seek a mirror image of the vessel's loading computer and related software, and Owners reserve all rights and defenses should the Applicants make any such request.

7.     Owners will use their best efforts to provide such documents to Applicants on or before April 14.  If Owners anticipate difficulty in producing any specific document(s) by that date, they will advise Applicants as soon as it is reasonably known or anticipated.

8.     The production of all documents by Owners is without prejudice to any objections and defenses of Owners as to the relevance, use and admissibility of such documents in any court or arbitral proceeding.

9. In lieu of the depositions requested by Applicants of the Master and Chief Officer presently on board the Vessel, Applicants and Owners agree that Owners shall make a superintendent available by telephone to explain to the surveyors the documents produced by Owners and the systems on board at a mutually agreeable date and time after the documents on the Modified List have been produced by Owners.

10. If this Agreement is breached, Applicants reserve the right to renew their applications for discovery in the Actions. In the event Applicants renew their applications for discovery in the Actions, Owners reserve the right to oppose such applications and to file opposition briefs with the Court.

Dated: April 11, 2021

Chidori Ship Holding LLC

Jessica Ship Holding S.A.

By: _____
Alan Nakazawa

Its: Attorney-in-Fact

Dated: April 12, 2021

Yang Ming Marine Transport Corporation

By: _____
Edward H Keane

Its: Attorney-in-Fact

Dated: April 12, 2021

Hapag-Lloyd Aktiengesellschaft

By: _____
Philip R. Lempriere

Its: Attorney-in-Fact

3

Dated: April _11_, 2021

HMM Co. Ltd.

By: _____

Its: __ATTORNEY-IN-FACT__

**Alan Nakazawa**

| | |
|---|---|
| **From:** | Giffin, John <John.Giffin@kyl.com> |
| **Sent:** | Friday, April 2, 2021 3:01 PM |
| **To:** | Alan Nakazawa; 'Al Peacock' |
| **Cc:** | 'Henry, Molly J.'; 'Lempriere, Philip'; 'Galin Luk'; Ed Keane |
| **Subject:** | RE: ONE APUS [IWOV-pdx.FID4605911] |

Alan and Al

Below is our "preliminary list of documents" for the surveyors:

- A copy of the latest lashing gear inventory, signed and stamped by the Chief Navigation Officer
- A copy of the cargo securing manual showing the different types of lashing gear arrangements on board the Vessel
- A copy of the General Arrangement Plan
- A copy of the fixed lashing gear plan (ISO sockets and lashing eyes)
- A copy of the hatch cover plan
- A copy of the lashing bridge plan
- A list of the repairs carried out on board after the incident (lashing gear, fittings)
- A copy of the stowage plan on board at the time of the incident
- Lashing gear maintenance records.

    Master's Statement of Facts.

Thanks very much.

John

........................................................................................................
**John D. Giffin**
**Keesal, Young & Logan**
450 Pacific Avenue
San Francisco, CA 94133
+1.415.398.6000 (office)
+1.415.981.0136 (fax)
+1.415.515.2855 (mobile)
john.giffin@kyl.com | www.kyl.com

KYL has offices in Los Angeles/Long Beach, San Francisco, Seattle, Anchorage and Hong Kong. This e-mail contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy or disclose this message, or any information contained herein. If you have received this message in error, please advise the sender by reply e-mail and delete this message. Nothing in this message should be interpreted as a digital or electronic signature that can be used to authenticate a contract or legal document. Unauthorized use of this information in any manner is prohibited.

Exhibit B

Attachment A

**ONE APUS, Container Loss Incident November 30, 2020
List of Documents and Information Request**

**<u>MODIFIED PRIORITY LIST APRIL 5, 2021</u>**

**NOTE**: Unless otherwise indicated, referenced documents and ESI relate to the subject voyage commencing as of the vessel's departure from her last port.

1. VDR, ECDIS, and alarm data loggers on bridge and deck/engine control rooms prior to and at the time of the incident in electronic format plus user manuals

2. Trim and Stability Booklet + Class Approval

3. Cargo Securing Manual + Class Approval

4. Vessel Plans: General Arrangement; Capacity; and Shell Expansion

5. Crew List

6. List of Class and ISM Certificates and due dates

7. Copy of Deck Log Book

8. Copy of Engine Log Book

9. Print out for Engine Alarm Logger

10. Print out for Engine Order Telegraph and copy of Bridge Bell Book

11. Print out for Course Recorder, Speed Log, and GPS Log

12. Vessel Condition / Trim & Stability calculations / Bunkers / Cargo / Ballast on board and tank distribution, etc. including printout from the loading computer departure Yantian

13. Vessel Condition / Trim & Stability calculations / Bunkers / Cargo / Ballast on board and tank distribution, etc. at the time of the incident including printout from the loading computer

14. Passage Plan for voyage (berth to berth) including all updates / alterations / changes

15. Weather reports, weather charts, weather routing info, navigational / weather warning, delivered to the vessel and related communications to/from the vessel

16. Route optimization and weather monitoring system data prior to and at the time of the incident in electronic format plus user manual for any related system as well as warning data for possible parametric, synchronous or other rolling

Page 5 - AMENDED SUBPOENA TO MASTER OF M/V ONE APUS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711
Fax: 206.292.0460

PDX\137192\260503\AMU\30455608.2

17. Full Vessel Bayplan and Stowage Profile and BAPLIE file for each and every Asian port from SGSIN to CNYTN; including preliminary / planned and final BAPLIE files

18. Records of tightening the lashing during the voyage since departure last port

19. Container fittings and securing devices:
    a. Inventory at the time of the incident;
    b. Certificates;
    c. SMS requirements for inspection maintenance
    d. Records of inspection and maintenance

20. Gross Mass (weight) verification regime in place and records of any check / inspections conducted during the port rotation in Asia

21. Survey, inspection, damage, ISM, and repair reports (from Class, Port State Control, and/or third party consultants/vendors) relating to the (i) incident and/or (ii) loss and damage to containers

22. Crew statements, interviews, Master's protest, and reports relating to the incident along with related documents and ESI (including photos, video, etc.)

23. Any investigation report as to the cause of the incident along with related documents and ESI (including photos, video, etc.)

24. Documents relating to stowage, lashing, or stability restrictions imposed on the vessel arising from, related to, or in connection with the subject incident

25. Communications to/from the vessel relating to the subject incident

26. Mirror image of the vessel's loading computer and other applicable ESI for trim, stability, container stack and tier weights, and lashing forces plus user manual and related software to run the data together with Approval certificate/Design Appraisal Document (DAD), Lashing Test conditions submitted and approved, and applicable Lashing Program Parameters.

27. Vessel's SMS for heavy weather, incident investigation, root cause analysis

28. ESI or documents related to vessel motions, accelerations, and/or roll angles

Page 6 - AMENDED SUBPOENA TO MASTER OF M/V ONE APUS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711
Fax: 206.292.0460

PDX\137192\260503\AMU\30455608.2