EXHIBIT "D"

# Alan Nakazawa

| | |
|---|---|
| **From:** | Lempriere, Philip <PLempriere@SCHWABE.com> |
| **Sent:** | Wednesday, April 21, 2021 3:03 PM |
| **To:** | Alan Nakazawa |
| **Cc:** | Joe Walsh; Jock Mawson; 'FERNANDEZ, MICHAEL'; Edward Keane (ekeane@mahoneykeane.com); Galin Luk; 'Giffin, John'; Thomas Fedeli; Trafton, Connor; Henry, Molly J.; Murray, Adam P. |
| **Subject:** | ONE APUS -- outstanding document requests [IWOV-pdx.FID4605911] |
| **Attachments:** | 2021-04-12  one.apus.agreement.for.discovery.final..4.10.pdf; ONE APUS  Revised list of document requests to owners that remain outstanding.pdf |

Dear Alan,

We write further to the parties' Discovery Agreement (attached) concerning owners' production of documents in the referenced matter.

We appreciate that owners provided substantial relevant materials as agreed upon in the Discovery Agreement. It appears however that several key documents were not produced. HL is still in the process of determining what remains outstanding, but we wanted to notify you now that we are looking for owners to further supplement their production to include these other key items.

We have attached a draft list of the outstanding records. We may refine this list as we get more information from our technical consultants, but we do not expect to remove any items from the list. The numbers in the draft list of outstanding documents track those in the modified list attached to the Discovery Agreement. We are providing the list to you now in draft so that owners can immediately get started on pulling together the outstanding materials. We expect that owners likely have already compiled most or all of those materials, so they should be in a position to produce them very quickly.

Please advise soonest whether owners will provide the outstanding documents as they agreed to do in the Discovery Agreement, and when. Absent a prompt and favorable response, and due to the limited time that the ship will be subject to the jurisdiction of a U.S. court, we will need to soon file another § 1782 application and/or other court action while the ship is in the Bay Area to protect HL's interests here. HL strongly prefers not to have to do that.

Counsel for HMM and YM have advised that they join in this request that owners promptly supplement their production for these materials, and note that they too intend to soon pursue further legal action if owners do not produce all of the documents that they agreed to provide. Depending upon what they hear from their technical consultants, HMM and YM may also identify other outstanding documents that we have not included on the attached draft list. We trust they will follow up as necessary in that regard.

Lastly, we would like to work on scheduling the video conference via Teams or Zoom for a vessel superintendent to explain the documents that owners have produced. We would like to have the call after owners produce the outstanding records, but preferably before the vessel departs the Bay Area.

Please let us know if you have any questions on this.

Best regards,
Philip

**Schwabe** Williamson & Wyatt

**Philip Lempriere**
Shareholder
Direct: 206-407-1543
plempriere@schwabe.com

LEARN HOW OUR CLIENTS ARE
INNOVATING IN THEIR INDUSTRIES:
www.schwabe.com/fueling-change



---

NOTICE: This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.