UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Application of<br><br>ROANOKE INSURANCE GROUP, INC.;<br>W.E. COX CLAIMS GROUP (USA) LLC,<br><br>Applicants, | Case No. 5:21-MC-80110-LHK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On June 1, 2021, the Court ordered the parties to file a consent/declination to the jurisdiction of United States Magistrate Judge Laurel Beeler by Friday, June 4, 2021. The Court informed the parties that if the parties consented to Judge Beeler's jurisdiction, the Court would refer this case to Judge Beeler to determine if it is related to Case Nos. 21-MC-80107-LB and 21-MC-80113-LB.

The parties have now consented to Magistrate Judge jurisdiction. *See* ECF Nos. 25, 26. Therefore, in accordance with Civil Local Rule 3-12(c), it is hereby ORDERED that the above captioned case is referred to Magistrate Judge Beeler to determine whether it is related to Case Nos. 21-MC-80107-LB and 21-MC-80113-LB.

1
Case No. 21-MC-80110-LHK
SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES

**IT IS SO ORDERED.**

Dated: June 8, 2021

_____
LUCY H. KOH
United States District Judge